# CRIMINAL CASE COVER SHEET    U.S. ATTORNEY'S OFFICE

Defendant Name: __ARNOLD RALENKOTTER__

Place of Offense (City & County): __Knoxville, Knox County, Tennessee__

Juvenile: Yes ____ No _x_    **Matter to be Sealed:** Yes _x_    No ___

Interpreter: No _x_ Yes ____    Language: _____

Total # of Counts: ____ Petty ____ Misdemeanor (Class) ____ _x_ Felony

| | **ORIGINAL INFORMATION**<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 18 U.S.C. § 1349: conspiracy to commit mail fraud and wire fraud | 1 |

| | **SUPERSEDING INFORMATION**<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

*(Use tab key after entering counts to create additional rows)*

Current Trial Date (if set): __N/A__    before Judge _____

Criminal Complaint Filed:   No _x_   Yes ____    Case No. _____

Defendant on Supervised Release:   Yes ____    No _x_

Violation Warrant Issued?   No ____   Yes ____    Case No. _____

**Related Case(s):**

**3:13-CR-58    Norman D. McKellar    coconspirator**
Case Number    Defendant's attorney    How related

**Note: 3:13-CR-58 is assigned to Judges Thapar and Guyton**

**Criminal Informations:**

Pending criminal case:  No _x_  ____ Yes ____   Case No. _____
New Separate Case   _Yes_      Supersedes Pending Case _____
Name of defendant's attorney:   __Edward M. Yarbrough__

Defense Attorney's Contact Information:
Edward M. Yarbrough, Walker, Tipps & Yarbrough, PLC, 2300 One Nashville Place, 150 Fourth Avenue, North Nashville, Tennessee 37219, Tel: (615) 313-6000

Retained: __x__    Appointed: _____

Date: __May 24, 2013__    Signature of AUSA: _____
F.M. (Trey) Hamilton III
David P. Lewen, Jr.
Assistant United States Attorney